[No. 12459-9-II.   Division Two.   February 6, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. STARLETTE EVE CUNNINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-02609-4, Arthur W. Verharen, J., entered December 9, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 9733-1-III.   Division Three.   February 8, 1990.]

GERALDINE MCELFISH, ET AL, *Appellants*, v. WILLIAM SORENSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-2-02594-6, William G. Luscher, J., entered January 6, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9617-3-III.   Division Three.   February 8, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL CARDONA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 88-1-00085-1, Evan E. Sperline, J., entered September 16, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.